Evan S. Goldstein (#011866)
Christi A. Woods (#022770)
Hesam Alagha (#026607)
HERMAN | GOLDSTEIN
1850 East Thunderbird
Phoenix, Arizona 85022
(602) 569-8200
egoldstein@hgfirm.com
cwoods@hgfirm.com
meo@hgfirm.com
*Attorneys for Defendant Allstate Fire and Casualty Ins. Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Campbell, | Case No.: |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF REMOVAL** |
| Allstate Fire and Casualty Insurance Company; Does 1 through 10, inclusive; and roe corporations 1 through 10, inclusive, | |
| Defendants. | |

Defendant, Allstate Fire and Casualty Insurance Company (hereinafter "Allstate"), through undersigned counsel, hereby gives notice it has removed this case from the Maricopa County Superior Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and Arizona District Court Local Rule 3.7, based on diversity of citizenship under 28 U.S.C. § 1332(a)(1).

1. This lawsuit arises out of alleged claims of Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing related to Defendant Allstate's handling of Plaintiff's insurance claim.

2. Plaintiff filed his Complaint in the Maricopa County Superior Court. A copy of the Summons and Complaint was served upon the Director of Insurance on June

1

22, 2017. The Maricopa County Superior Court action is entitled *MICHAEL CAMPBELL, Plaintiff, vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; DOES 1 through 10, inclusive; and roe corporations 1 through 10, inclusive, Defendants.*, Cause No. CV2017-005554.

3. Plaintiff, Michael Campbell is a resident of the State of Arizona.

4. Defendant, Allstate Fire and Casualty Insurance Company, is an Illinois Corporation with its principal place of business and headquarters in Illinois.

5. Complete diversity exists under 28 U.S.C. § 1332(a)(1) because Plaintiff, Mr. Campbell is a citizen of Arizona and Defendant Allstate is a citizen of Illinois.

6. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

7. Defendant removed this lawsuit within 30 days after it received notice of the lawsuit by service of process. See 28 U.S.C. § 1446(b)(1). Therefore, the Notice of Removal is timely.

8. Defendant has provided a copy of this Notice of Removal to Plaintiff and has filed a copy of the Notice of Removal with the Clerk of the Maricopa County Superior Court, pursuant to 28 U.S.C. § 1446(d) and Arizona District Court local Rule 3.6(a). **Exhibit A** is a copy of the Notice of Removal that Defendant has filed with the Maricopa County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a) and Arizona District Court Local Rule 3.6(b), Defendant has attached copies of all process, pleadings and orders served upon them and all pleadings filed by all parties with the Maricopa County Superior Court prior to this Notice of Removal. **Exhibit B** is a copy of these documents. **Exhibit C** is attorney Hesam Alagha's Affidavit that to the best of his knowledge and belief, Exhibit B contains true and complete copies of all documents filed in the state court proceedings.

Dated this 24th day of July, 2017.

                         HERMAN | GOLDSTEIN

                         By:   /s/ *Hesam Alagha*
                               Evan S. Goldstein
                               Christi A. Woods
                               Hesam Alagha
                               1850 East Thunderbird
                               Phoenix, Arizona  85022
                               *Attorneys for Defendant Allstate*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and served on counsel of record via the Court's CM/ECF system.

                        Clerk of the Court
                    United States District Court
             401 W. Washington St., Suite 130
                    Phoenix, Arizona  85003

                             Adam Ganz
                            Marjorie Hauf
                           GANZ & HAUF
             8950 W. Tropicana Ave., Suite 1
                 Las Vegas, Nevada 89147
                       *Attorneys for Plaintiff*

By  /s/ Diane Arroyo
Allstate/Campbell/Dist. Crt Pldgs 3001-1276