NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Campbell, | No. CV-17-02461-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Fire and Casualty Insurance Company, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismissal (Doc. 11), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 11). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 27th day of September, 2017.

Honorable John J. Tuchi
United States District Judge